Case 10-35266 Doc 43 Page 1 of 2

FILED
July 28, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003663009

L.J. LOHEIT, TRUSTEE
NEIL ENMARK, #159185, attorney for Trustee
TALVINDER S. BAMBHRA, #230907, attorney for Trustee
P.O. Box 1858
Sacramento, California 95812-1858
(916) 856-8000

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| IN RE: | Case No: 10-35266-E-13L |
| | DCN: NLE-1 |
| JOSE LUIS YSERN, | TRUSTEE'S MOTION TO DISMISS |
| PATRICIA AILEEN YSERN, | CASE |
| | DATE: AUGUST 31, 2011 |
| | TIME: 10:00 A.M. |
| | JUDGE: RONALD H. SARGIS |
| Debtor(s) | COURTROOM: 33 |

LAWRENCE J. LOHEIT, STANDING CHAPTER 13 TRUSTEE, hereby moves the

Court for an order dismissing this case pursuant to 11 U.S.C. §1307(c) as:

1.) The debtor is in material default pursuant to §6.03 of the plan which

provides, "If Debtor defaults under this plan, or if the plan will not be complete within six

months of its stated term, not to exceed 60 months, Trustee or any other party in interest

1

may request appropriate relief by filing a motion and setting it for hearing pursuant to Local Bankruptcy Rule 9014-1.".

According to the Trustee's calculations the Plan will complete in 161 months as opposed to 60 months proposed. This exceeds the maximum amount of time allowed under 11 U.S.C. § 1322(d). In a plan with monthly payments of $1,527.35 per month paying 100% to unscheduled creditors, unsecured claims were $137,714.11 greater than scheduled.

2.) The debtor is in material default. The debtor failed to provide for thePriority claim of the Franchise Tax Board (Court claim #19 as amended by Court claim #20) in the amount of $1,831.14. § 3.18 of the Plan makes this failure a breach of the plan. The Debtor was provided a Notice of Filed Claim on April 12, 2011, Docket Number 41, which listed this claim on Page 5 as priority and not provided for in the plan, Page 5, and indicated that a motion to modify was required, Page 2, Item (f).

The debtor must be current under all payments called for by any pending Plan, Amended Plan or Modified Plan as of the date of the hearing on this motion or the case may be dismissed.

WHEREFORE, the Trustee asks that the Court grant an order dismissing this proceeding.

Dated: July 28, 2011                     / S /        Neil Enmark
                                         Neil Enmark, Attorney for Trustee

2